UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME J. GHIGLIOTTI,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF NOVATO, et al.,<br><br>    Defendants. | Case No.: C-11-02774 YGR<br><br>**ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

On May 7, 2012, Defendants filed a Motion to Dismiss Second Amended Complaint Without Leave to Amend. (Dkt. No. 43.) The hearing on the motion is set for July 17, 2012. Plaintiff's opposition was due on May 24, 2012. Civ. L.R. 7-3(a) & 5-5(a)(2).

To date, Plaintiff has failed to oppose the Motion. <u>Plaintiff shall file an opposition to the Motion to Dismiss no later than June 13, 2012. Failure to file an opposition by that date will result in dismissal of the action against Defendants for failure to prosecute.</u> Any reply to an opposition must be filed and served by June 20, 2012. Civ. L.R. 7-3(c).

The Court maintains the hearing date of July 17, 2012.

**IT IS SO ORDERED.**

Dated: May 30, 2012

                                                                                                           **YVONNE GONZALEZ ROGERS**
                                                                                  **UNITED STATES DISTRICT COURT JUDGE**